RANDALL S. LUSKEY (SBN: 240915)
  rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
  **& GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile:  (628) 232-3101

ROBERT ATKINS (*Pro Hac Vice* admitted)
  ratkins@paulweiss.com
CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
  cgrusauskas@paulweiss.com
ANDREA M. KELLER (*Pro Hac Vice* admitted)
  akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
  **& GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile:  (212) 757-3990

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

*[Additional Counsel Listed on Signature Page]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Judge:   Honorable Charles Breyer |
| This Document Relates to:<br><br>*Brianna Craig v. Uber Technologies, Inc., et al.*<br>Case No.: 3:23-cv-05932-CRB | **STIPULATION EXTENDING TIME FOR THIRD-PARTY PLAINTIFFS UBER TECHNOLOGIES, INC., RAISER, LLC, AND RAISER-CA, LLC TO RESPOND TO THIRD-PARTY DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY THE CASE**; ORDER |

**STIPULATION**

**WHEREAS**, on December 18, 2024, Defendants/Third-Party Plaintiffs Uber Technologies, Inc., Raiser, LLC, and Raiser-CA, LLC (collectively, "Uber") filed their Third-Party Complaint against Third-Party Defendant Syd Syed. (ECF 8). In response, on January 14, 2025, Third-Party

1  Defendant filed a Motion to Compel Arbitration of the Third-Party Complaint and Stay the Action.
2  (ECF 11). Pursuant to Local Rule 7-3, Uber must file its opposition by January 28, 2025.

3      **WHEREAS**, the parties have met and conferred, and have agreed that Third-Party Plaintiffs
4  should be permitted a brief extension of the January 28 deadline to respond to Third-Party Defendant's
5  Motion to Compel Arbitration and Stay the Case.

6      **WHEREAS**, specifically the parties have agreed that Third-Party Plaintiffs may have until
7  March 14, 2025 to respond to Third-Party Defendant's Motion to Compel Arbitration. This also would
8  extend Third-Party Defendant's deadline to file a reply to March 21, 2025.

9      **WHEREAS**, the parties also agreed to move the hearing date on Third-Party Defendant's
10  Motion to Compel Arbitration from February 28 to April 4, 2025 at 10:00 a.m.

11      **WHEREAS**, there have been no prior time modifications in this case.

12      **THEREFORE,** the parties respectfully request that the Court enter the parties' stipulation
13  that: the January 28, 2025, deadline for Third-Party Plaintiffs to respond to Third-Party Defendant's
14  Motion to Compel Arbitration herein is extended to March 14, 2025, and Third-Party Defendant's
15  deadline to file a Reply in support of his Motion to Compel Arbitration is extended to March 21, 2025.
16  The hearing on Third-Party Defendant's Motion to Compel Arbitration is moved from February 28 to
17  April 4, 2025 at 10:00 a.m.

18  IT IS SO STIPULATED.

19

20  DATED: January 27, 2025            Respectfully submitted,

21                                       **SHOOK HARDY & BACON L.L.P.**

22                                       By: */s/ Maria Salcedo*
23                                           MARIA SALCEDO

24                                     MARIA SALCEDO (Admitted *Pro Hac Vice*)
                                        msalcedo@shb.com
25                                     **SHOOK, HARDY & BACON L.L.P.**
                                   2555 Grand Blvd.
26                                     Kansas City, MO 64108
                                   Telephone: (816) 474-6550
27                                     Facsimile: (816) 421-5547

28                                     MICHAEL B. SHORTNACY

|   |   |
|---|---|
| 1 | MICHAEL B. SHORTNACY (SBN: 277035) |
|   | mshortnacy@shb.com |
| 2 | **SHOOK, HARDY & BACON L.L.P.** |
|   | 2121 Avenue of the Stars, Suite 1400 |
| 3 | Los Angeles, CA 90067 |
|   | Telephone: (424) 285-8330 |
| 4 | Facsimile: (424) 204-9093 |

PATRICK OOT (Admitted *Pro Hac Vice*)
  oot@shb.com
**SHOOK, HARDY & BACON L.L.P.**
1800 K St. NW Ste. 1000
Washington, DC 20006
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

KYLE N. SMITH (*Pro Hac Vice* admitted)
  ksmith@paulweiss.com
JESSICA E. PHILLIPS (*Pro Hac Vice* admitted)
  jphillips@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
  **& GARRISON LLP**
2001 K Street, NW
Washington DC, 20006
Telephone: (202) 223-7300
Facsimile:  (202) 223-7420

*Attorney for Defendants/Third-Party Plaintiffs*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC


DATED: January 27, 2025

By: */s/   Haitham G. Amin*
Haitham G. Amin, California State Bar No. 28679
**AMIN LAW, P.C.**
50 California St., Suite 1500
San Francisco, CA 94111
Telephone: (415) 851.4300
HAmin@AminLaw.com

By: */s/   Seth W. Wiener*
Seth W. Wiener (California State Bar No. 203747)
**LAW OFFICES OF SEITH W. WIENER**
609 Karina Court
San Ramon, CA 94582
Telephone: (925) 487-5607
seth@sethwienerlaw.com


*Attorneys for Third-Party Defendant Syd Syed*

1
2
3
4
5
6
7
8
9
10
11
12
13

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB <br><br> MODIFIED <br> [~~PROPOSED~~] **ORDER GRANTING STIPULATION EXTENDING TIME FOR THIRD-PARTY PLAINTIFFS UBER TECHNOLOGIES, INC., RAISER, LLC, AND RAISER-CA, LLC TO RESPOND TO THIRD-PARTY DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY THE CASE** |
| This Document Relates to: <br><br> *Brianna Craig v. Uber Technologies, Inc., et al.* <br> Case No.: 3:23-cv-05932-CRB | |

PURSUANT TO STIPULATION, IT SO ORDERED:

1. The Stipulation Extending Time for Defendants/Third-Party Plaintiffs Uber Technologies, Inc., Raiser, LLC, and Rasier-CA, LLC to respond to Third-Party Defendant's Motion to Compel Arbitration is **GRANTED**.

2. The January 28, 2025 deadline for Third-Party Plaintiffs to respond to Third-Party Defendant's Motion to Compel Arbitration is extended to March 14, 2025, and Third-Party Defendant's deadline to file a Reply in support of his Motion to Compel Arbitration is extended to March 21, 2025.

3. The hearing on Third-Party Defendant's Motion to Compel Arbitration will take place on ~~April 4, 2025 at 10:00 a.m.~~ April 11, 2025 at 10:00 a.m. The February 28, 2025 hearing on this motion is hereby cancelled.

**IT IS SO ORDERED.**

DATED: January __28__, 2025

_____
Charles R. Breyer
United States District Judge